# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 15−10465−tmd  
Chapter No.: 13  
Judge: Tony M. Davis

IN RE: **Ramon Varela Becerra** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **7/14/15 at 01:05 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 31 Objection to Claim of SUNBELT ESTATES LLC Filed by Deborah B. Langehennig4 for Trustee Deborah B. Langehennig) Hearing Scheduled For 7/14/2015 at 01:05 PM at Austin Courtroom 1.....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E−MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated: 6/16/15

Yvette M. Taylor  
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]